United States District Court
Southern District of Texas
**ENTERED**
October 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANIE DOE<br>*Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 1:20-cv-00001 |
| SANTA ROSA INDEPENDENT SCHOOL DISTRICT, HERIBERTO VILLARREAL, JAIME GARCIA, JOSUE ARNOLD CEPEDA, and ISAAC RUBEN FLORES<br>*Defendants*. | § § § § § § | |

## FINAL JUDGMENT AS TO
## DEFENDANTS HERIBERTO VILLARREAL AND JAIME GARCIA

For the reasons stated in the Court's Order Granting Motion for Entry of Final Judgment as to Defendants Heriberto Villarreal and Jaime Garcia, final judgment is hereby entered as to Plaintiffs' claim against Defendants Heriberto Villarreal and Jamie Garcia under Federal Rule of Civil Procedure 54(b). Heriberto Villarreal and Jaime Garcia are dismissed from this action with prejudice. This is a final judgment as to Defendants Heriberto Villarreal and Jaime Garcia. The action remains pending against the other defendants.

SIGNED on October 13, 2020.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge